### G. E. BRAZEAL V. THE STATE.

No. 22182. Delivered October 14, 1942.

The opinion states the case.

*Wm. E. Davenport,* of San Angelo, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The conviction in this case was for violation of the liquor laws and a fine of $250.00 was assessed, from which appeal was taken.

The county attorney of Tom Green County has filed an affidavit setting forth the death of the appellant, G. E. Brazeal, on June 5, 1942, upon which information the appeal is abated and the case ordered dismissed from the docket.